156 So.2d 602

**Robert J. MAGONI**

v.

**Germaine Cazenave WELLS, d/b/a Arnaud's Restaurant.**

No. 46889.

Oct. 9, 1963.

In re: Robert J. Magoni applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 154 So.2d 524.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

FOURNET, C. J., and HAMLIN and SANDERS, JJ., are of the opinion that the writ should be granted.